# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2025-0209
Lower Tribunal No. 2019-CA-004755

_____

SOMALY AING,

Appellant,

v.

BUN HUOT TAO,

Appellee.

_____

Appeal from the Circuit Court for Polk County.
Michael P. McDaniel, Judge.

July 28, 2026

PER CURIAM.

AFFIRMED.

SMITH, GANNAM and KAMOUTSAS, JJ., concur.


Bailey Lowther, of Lowther Law, PLLC, Sarasota, for Appellant.

K.C. Bouchillon, of Taylor Nelson Slattery Bernard PL, Winter Haven, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF FILED